Case 6:25-cv-00300-ADA   Document 1   Filed 07/14/25   Page 1 of 12

FILED
July 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
        DEPUTY

Orig. Copy of CA
cc: 1 of 2

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF TEXAS
**WACO** DIVISION

**Plaintiff's Name and ID Number:** GEORGE DANIEL LUSTER JR #1264827

**Place of Confinement:** Bill Clements Unit Prison

v. STATE OF TEXAS, BELL COUNTY TEXAS    CASE NO. **6:25-cv-00300**
(Clerk will assign the number)

"Asst. District Attorney SEAN K. PROCTOR"
"Asst. District Attorney Daniel BARNES"     BELL COUNTY JUSTICE COMPLEX
"Asst. District Attorney W.M. Nelson BARNES"  1201 HUEY ROAD, P.O. BOX 909
                                              BELTON TEXAS, 76513

**Defendant's Name and Address:**
"NICOLE CHAVEZ" ("Also BILL CLEMENTS UNIT PRISON MAIL ROOM
Administrative Asst II    STAFF MEMBERS AS STATED.")

**Defendant's Name and Address:**
"MARY LOVELADY"            BILL CLEMENTS UNIT, 9601 SPUR 591, AMARILLO TX
Administrative Asst II                                           79107

**Defendant's Name and Address (DO NOT USE "ET AL."):**
JUDGE ALAN D. ALBRIGHT, UNITED STATES COURT-
HOUSE, 800 FRANKLIN AVENUE ROOM 380, WACO, TX
                                              76701

INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Original Complaint
CC: 1 of 2

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF TEXAS
**WACO** DIVISION

Plaintiff's Name and ID Number: GEORGE DANIEL LUSTER JR #1264827

Place of Confinement: Bill Clements Unit Prison

STATE OF TEXAS, BELL COUNTY TEXAS    CASE NO. _____
(Clerk will assign the number)

v. "Asst District Attorney SEAN K. PROCTOR"
"Asst. District Attorney Daniel BARNES" → BELL COUNTY JUSTICE COMPLEX
"Asst. District Attorney W.M. Nelson BARNES" → 1201 HUEY ROAD, P.O. BOX 909, BELTON TEXAS, 76513

Defendant's Name and Address:
"NICOLE CHAVEZ" (Also Bill Clements Unit, Prison Mail Room
Administrative Asst II — STAFF MEMBERS AS STATED.")

Defendant's Name and Address:
"MARY LOVELADY"
Administrative Asst II → Bill Clements Unit, 9601 SPUR 591, Amarillo Tx 79107

Defendant's Name and Address
( DO NOT USE "ET AL.")
JUDGE ALAN D. ALBRIGHT, UNITED STATES COURT-HOUSE, 800 FRANKLIN AVENUE ROOM 380, WACO, TX 76701

INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: _Date unknown paper work not in reach_

      2. Parties to previous lawsuit:
Plaintiff(s) _GEORGE DANIEL LUSTER JR 1364827_
Defendant(s) _Asst Dir SEAN K Proctor, HEAD District Attorney HENRY GARZA, HEAD WARDEN ADAM GONZALEZ, LESLIE BRANSON, CINDI MAYO,_

      3. Court: (If federal, name the district; if state, name the county.) _WESTERN DISTRICT WACO DIVISION_

      4. Cause number: _6:25-cv-248 LUSTER V GARZA et AL_

      5. Name of judge to whom case was assigned: _ALAN D ALBRIGHT_

      6. Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed with Prejudice / Dismissed without Prejudice_

      7. Approximate date of disposition: _March 13, 2025._

2

II. PLACE OF PRESENT CONFINEMENT: BILL CLEMENTS UNIT PRISON

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: George Daniel Luster Jr #1264822 Bill Clements Unit 9601 SPUR 591 Amarillo Texas 79107.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Asst District Attorney SEAN K PROCTOR, BELL COUNTY COMPLEX 1201 HUEY ROAD, P.O. Box 909, BELTON TEXAS 76513

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Conspiricie to committ fraud, tampering with legal mail, aiding in Abstruction of Justice, hendering access to and from courts litigation, Simple aiding of kidnapping

Defendant #2: Asst District Attorney, DANIEL BARNES, BELL COUNTY COMPLEX 1201 HUEY ROAD, P.O. Box 909, BELTON TEXAS 76513.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Conspiricie to committ fraud, tampering with legal mail, aiding Abstruction of Justice, hendering access to and from courts litigation, Simple aiding of kidnapping

Defendant #3: W.M. NELSON BARNES X-DISTRICT ATTORNEY of BELL COUNTY COMPLEX, 1201 HUEY ROAD, P.O. Box 909, BELTON TEXAS 76513

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Leading Consolor of conspiricie to committ fraud, tampering with legal mail, aiding in Abstruction of Justice, hendering access to court to and from, Brieb to committ fraud, detour access to and from courts, brieb to assist in tampering with legal mail, passing of fraudulent documents to courts and court officials.

Defendant #4: Administ Asst II NICOLE CHAVEZ, mailroom Staff member of the Bill Clements Unit, 9601 SPUR 591, Amarillo Texas 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Committing and aiding in conspiricie to committ fraud, briebry, tampering with legal mail to and from courts, altering mail, detouring mail from destination of correct mailment destination route, disscarding of mail regular and official TDCJ documents of Texas Government Agencies, ect.

Defendant #5: Administ Asst MARY LOVELADY Staff member of Bill Clements Unit mailroom 9601 SPUR 591, Amarillo Texas 79107.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Committing and aiding in conspiricie to committ briebry, tampering with legal mail to and from courts, altering mail, detouring mail from its correct mailment destination route, disscarding of mail and documents of mail, regular and official TDCJ documents of Texas Government Agencies. ect.

3

ATTACHMENT TO PAGE 3

IV   PARTIES TO SUIT:

B. Defendant #6: JUDGE ALAN D ALBRIGHT
UNITED STATES COURTHOUSE, 800 FRANKLIN AVENUE
ROOM 380, WACO TX 76701.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Judge ALAN D ALBRIGHT allowed the most important document to prove and show plantiff actual innocence, to have his claim litigated in said court of Western District Waco Division be sealed by Clerk of Court, that proves plantiff actually innocent of the alledged, offense of aggravated sexual assault, of a child by alledged penatration of the alledged victim female sexual organ with the and by use of plantiff male sexual organ, plantiff filed his 28 USC 2254 petition to the said court Western District Waco Division to were it was placed in court files July 18, 2024 Case 6:24-CV-00387 alone with sexual assault examination document (Sane) expert nurse results that prove actual innocence on behalf of plantiff, said Clerk of Court sealed this documents in the court file and did not accompanie it to the 5th Circuit Court of Appeals, so that a certificate of Appeallibility may be granted, to be litigated in said court of Western District Waco Division, for relief of wrongful conviction due to proof of actual innocence of the alledge offense, Plantiff, plantiff is not placeing Judge ALAN D ABRIGHT as a part of the lawsuit directed to defendants 1-5 of civil suit, Judge ALAN D ALBRIGHT is to answer for the seal -ment of the sexual assault examination document which, which was the reason plantiff petition was labled a free standing claim of actual innocence and then later dismiss for want of prosecution, Had the exam document test not been sealed in his clerk files and accompanied with the transmittal of the rest of plantiff 28 USC 2254 petition to the Unite States Court of Appeals 5th circuit plantiff would of prove

ATTACHMENT TO PAGE 2

IV. PARTIES TO SUIT: Judge ALAN D ALBRIGHT UNITED STATES COURTHOUSE 800, FRANKLIN AVENUE ROOM 380 WACO TX 76701

Continue of B Defendant: his innocence and been given relief from wrongful conviction, now the same occurances are happening all over again, but plantiff has been informed his entire mailing envelope with 28 USC 2254 petition and exhibits of documents are being place in a larger envelope and mail to a unknown destination to be picked up by some one, I do believe the 1-5 Stated deffendant have full knowlge of this and are the reason 5-28 USC 2254 certified mail petition with exhibits of evidence that prove and show actual innocenc is not reaching its destination, from July of 2024 to June 15, 2025 plantiff litigation to 5th Circuit court of Appeal and Western District court plantiff has recieved no answer to 2254 petition, or response of letters sent by plantiff about request of knowledge and status of the latest 2254 petition, "I will state this none of these mailroom clerks knew me or my litigation to the said courts or for what, so for them to start tampering, altering, holding my legal mail 15, 20, days after delived to this unit to, were when plantiff do recieve his legal mail from court with orders from court of status or issues to his petitions its to late to respond, to were legal court mail reach's this unit the same day of mailment or next day to were plantiff recieve his legal mail two to three weeks late at times to were mailroom staff state they just recieved it, which is not the truth, this is done to hender plantiff access to courts, now this issue was place in the Western District Waco Division Court to were Judge Alan D ALBRIGT accused plantiff of harrasseing court Afficial to were had plantiff been notified that the Western District Clerk of Court Waco Division had seal the Sexual assault examination document in its files plantiff would of neve filed a 1983 civil complaint asking the Western District court of Waco Division to compell the District State court official to send the (Sane) examination medical sexual assault test to the United States Courts of Appeals 5th Circuit and the Western District Waco Division Court to be docketed in their filed and records, to were the Clerk of Western District did not get not one document from plantiff statering the allowment to seal the exam examination DNA test document that proves plantiff actual innocence of the offense of aggravated sexual assault of child by penatration which the Expert (Sane) nurse final resoults of the test prove it did not happen

ATTACHMENT TO PAGE 3

IV PARTIES TO SUIT:

B. Defendant #6 Judge ALAN D ALBRIGHT, UNITED STATES COURTHOUSE, 800 FRANKLIN AVENUE ROOM 380 WACO TX 76701.

Briefly describe the act(s) of omission(s) of this defendant which you claimed harmed you. And also in the Memorandum opinion from the State Prosecutor denial of forensic DNA TESTING stated facts of examination test results from Expert (Sane) nurse state no Physical or Biological evidence was ever collected to be tested therefore there was no evidence obtained and none could be tested, but the examination report results from (Sane) nurse Alen J Lindin of Scott and White Hospital Temple Tx who performed the exam on the alledged victim November 19, 2002, at time of 8:06 A.M. and ending time of 10:00 AM to were it was faxed to Law officials at 11:03 A.M. Wensday 11-20-02 which proved plantiff actual innocence, so why would the Clerk of Court for the Western District of Waco Division take it apond his or her self to seal this document and not present it in the rest of the exhibits of evidence to the 5th Circuit Court of Appeals to prove actual innocence of claim of actual innocence for relief of false and wrongful conviction now we will use our common sence the Prosecutor withheld this sexual assault exam, which proves petitioner actual innocence at trial preceedings of Febuary 19, 2003, to were it was in the possection of the prosecutor the next day of final disposition of the exam, now reality of this issue realy is consequences the prosecutor must face for his criminal contemp of law of not performing and holding his statutory duty and obligation to Justice owed to citizens in criminal preceedings in Court, plantiff was sleep, but now is fully awake and see through the muddy water, mailroom staff of this unit is only acting of instructions of these stated Court officials which need to be brought before a True and Rightous Judge who Holds his stand -ard to Justice high like the Touch of Justice she Holds High for the Right and Protection of United States citizen constitution Garonteed by America, United STATES COURT of WESTERN DISTRICT was suppose to give litigation on the actual innocence claim due to the exam proves plantiff actual Innocence, instead of being transfered to 5th Circuit Court of Appeal for permission for certificate of appealibility to be granted, plantiff should not have to pay the

ATTACHMENT TO PAGES

IV. PARTIES TO SUIT:

B. Defendant #6: Judge ALAN D ALBRIGHT UNITED STATES COURTHOUSE 800 FRANKLIN AVENUE ROOM 380, WACO TX 76701.

Briefly describe the act(s) or omission(s) of this defendant which you claim harmed you. Case No. 6:25cv-00584 Fileing fee of $350.00 due to had plantiff knew the Western District of Waco Division Court had sealed the examination document in its files and court records, plantiff would of had knowledge of the were abouts of the examination document and there for would of never petition the said court to compell the district court of Bell county Official to send the exam which Prosecutor has in his personal files and refuse to docket the sexual assult examination document in the District Clerk files and Records to the District Court. Plantiff is tired of the games and harasment accompaning the filement to Courts for relief to were saids Court know plantiff is actual innocent and the game need to be brought to a end, a blind man can see what is going on. So therefore plantiff ask said Court of United STATES Court WESTERN DISTRICT TO BRING THIS CIVIL SUIT TO COURT LITIGATION FOR JUSTICE TO BE RIGHTOUSLY ADMINISTER AND CARRIED OUT IN PROPPER FORM, To were plantiff can obtain relief and liberty restored to him.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Defendant #1-5 of this civil suit are in direct stated act(s) and omission(s) placed upond them in this 1983 civil suit petition. Plaintiff can and will prove factual guilt of each, act and omission, placed upond each defendant stated herein. Plantiff has constantly filed 11.07 writ of habeas corpus petitions, to Bell County District Courts on said grounds of actual innocence, to were to were plantiff have accompanied his 11.07 petition with factual actual innocence exculpatory evidence, that was withheld by state prosecutor, at trial of February 10, 2003 proceeding to were the evidence is being removed before it reach the court of destintion for litigation this is only being done at the request of the stated court offical, Asst District Attorneys to stop plantiff claim of litigation of actual innocences, and relief from final conviction and sentence, by use of briebry to the stated mailroom officially staff members of the Bill Cloments Unit placed on and within this 1983 civil suit petition, to were every court plantiff has filed his 11.07 or 2254 writ to have it litigated on claim of actual innocence. for relief of wrongful imprisonment a expert (Sane) Nurse examination document that is the around factual exculpatory evidence that prove actual innocence of the alleged offense of aggravated sexual assault of a child by alleged penatration of the accusing person female sexual organ, with plantiff male sexual organ to were expert (Sane) Nurse examination document show and prove plantiff actual innocence and also show change in accusing person statement of issue of offense.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. This is not a payment civil suit on the conviction or sentence of plantiff incarceration for relief. But a civil suit on the stated defendants for stopping the litigation to courts, to allow plantiff relief to be granted by correct courts on his actual innocence claim litigation, to be release from wrongful conviction by stated act(s) and omission(s) of the defendants involvement of wrongful acts toward plantiff liberty to be restored. So plantiff ask the said court to grant the summ of $1,300,000.000 dallas for the stated acts and ommisions of the stated defendants involvement. once proceeding are brought before the court for litigation and acts are found guilty.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

GEORGE DANIEL LUSTER Jr #7264827

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#604299 / #7264827

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Western District Waco Division
2. Case number: Unknow paper work out of reach
3. Approximate date warning was issued: March 13, 2023

Executed on: 4/ 
DATE

#1264827
Mr GEORGE DANIEL LUSTER Jr
Mr George Daniel Luster Jr
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  4/  day of  July , 20 25 .
(Day)          (month)          (year)

#1264827
Mr GEORGE DANIEL LUSTER JR
Mr George Daniel Luster Jr
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

Mr. George Luster 1264827
Bill Clements Unit
9601 SPUR 591
Amarillo Texas 79107

LEGAL MAIL
MAILED July 7, 2025

RECEIVED
JUL 14 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States District Court
Office of the Clerk
Western District of Texas
Courthouse 800 Franklin Avenue 380
Waco, Texas 76701

This Envelope is not sealed bu Tape only appoxie alue of envelope

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION